Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS




ROBERT SJULESTAD and 

DIANE SJULESTAD, INDIVIDUALLY
AND AS NEXT FRIENDS OF
KRISTINA SJULESTAD, A MINOR,



 Appellants,


v.


SAFEWAY, INC., RANDALL'S FOOD
MARKETS, INC., RANDALL'S FOOD &
DRUGS, INC., RANDALL'S
MANAGEMENT COMPANY, INC.,
RANDALL'S FOOD & DRUGS, L.P.,
MANSFIELD COMMONS, LTD., 

HF2M, INC., and TOM THUMB,


 Appellees. 

§


 


§


 


§


 


§


 


§



§

 

 §

 

 §


 §


 §



No. 08-07-00176-CV



Appeal from


 342nd District Court


of Tarrant County, Texas


(TC # 342-215735-06)




MEMORANDUM OPINION



 Pending before the Court is Appellants' motion to dismiss their appeal pursuant to
Tex.R.App.P. 42.1(a)(1) because they no longer desire to prosecute the appeal. Appellees have not
objected to the motion and there is no indication that dismissal would prevent Appellees from seeking
relief to which they would otherwise be entitled. See Tex.R.App.P. 42.1(a)(1). We therefore grant
the motion and dismiss the appeal. Costs are taxed against Appellants. See Tex.R.App.P. 42.1(d).

October 11, 2007 
 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.